AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  Friot, Stephen P. | 2. Court or Organization  District Court - W.D. of Okla. | 3. Date of Report  05/01/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final | 6. Reporting Period  01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address  200 N.W. 4th St., Room 3102 Oklahoma City, OK 73102 | 5b. ☐ Amended Report  8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director and Vice Chairman of the Board | Central Oklahoma Habitat for Humanity, Inc. |
| 2. Member | Troop Committee, Troop 4, Last Frontier Council, Boy Scouts of America |
| 3. Council Commissioner, Director, and member of Executive Committee | Last Frontier Council, Inc., Boy Scouts of America |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY -1 A 9:51 JUDICIAL DISCLOSURE OFFICE

Friot_Stephen_P

| Name of Person Reporting | Date of Report |
|---|---|
| Friot, Stephen P. | 05/01/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Teacher at private school – salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Open World Leadership Center (OW) | May 8 - 19, 2008 | Russian Federation | Visit OW alumni judges | Air fare, train fare, lodging |
| 2. Russian American Rule of Law Consortium | Nov 3 - 9, 2008 | Russian Federation | Planning -- USAID RLPP | Air fare, train fare, lodging |
| 3. | | | | |
| 4. | | | | |
| | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friot, Stephen P. | 05/01/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Friot, Stephen P. | 05/01/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MidFirst Bank | A | Interest | J | T | | | | | |
| 2. Intel common | A | Dividend | J | T | | | | | |
| 3. TIAA-CREF MONEY FUND | D | Dividend | L | T | | | | | |
| 4. TIAA-CREF INST BOND FUND | B | Dividend | K | T | | | | | |
| 5. TIAA-CREF HIGH YLD BOND FUND | C | Dividend | K | T | | | | | |
| 6. TIAA-CREF INFLATION INDEX BOND FUND | B | Dividend | K | T | | | | | |
| 7. TIAA-CREF SMALL CAP EQUITY FUND | A | Dividend | L | T | | | | | |
| 8. TIAA-CREF LARGE CAP VALUE FUND | B | Dividend | L | T | | | | | |
| 9. TIAA-CREF INST GROWTH FUND | B | Dividend | L | T | | | | | |
| 10. TIAA-CREF MID-CAP EQUITY FUND | B | Dividend | | | Sold | 11/04 | L | A | |
| 11. TIAA-CREF INT'L EQUITY FUND | B | Dividend | L | T | | | | | |
| 12. TIAA-CREF INST REAL ESTATE FUND | B | Distribution | K | T | | | | | |
| 13. TIAA Retirement Annuity ● | | None | K | T | | | | | |
| 14. TIAASupp. Ret. Annuity ● | | None | L | T | | | | | |
| 15. TIAA S&P 500 Index ● | | None | L | T | | | | | |
| 16. Vanguard Mid Cap Index | B | Dividend | L | T | Buy | 11/04 | L | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Friot, Stephen P. | 05/01/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544